IN THE COURT OF CRIMINAL APPEALS


OF TEXAS


 




NOS. PD-1370-12 and PD-1371-12





DAVID ZAMORA HERNANDEZ, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE ELEVENTH COURT OF APPEALS

BROWN COUNTY





Per curiam. Keasler and Hervey, JJ., dissent.


ORDER

 The petition for discretionary review violates Rule of Appellate Procedure 68.4(i), 
because the petition does not contain a complete copy of the opinion of the court of appeals.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition and copies must be filed
in the COURT OF CRIMINAL APPEALS within thirty days after the date of this order.



Filed: December 12, 2012

Do Not Publish